# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  EUGENE W. JAMES & MIA Y. JAMES                      Case Number: 07-73129
710 JOHN STREET                SSN-xxx-xx-2329 & xxx-xx-9258
ROCKFORD, IL  61103

Case filed on:  12/21/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BLITT & GAINES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,020.98 | 2,020.98 | 0.00 | 0.00 |
|  | Total Priority | 2,020.98 | 2,020.98 | 0.00 | 0.00 |
| 016 | EUGENE W. JAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GRAYSTONE SOLUTIONS | 10,500.00 | 10,500.00 | 0.00 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 10,500.00 | 10,500.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 317.81 | 317.81 | 0.00 | 0.00 |
| 005 | AMCORE BANK COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BOYLAN CATHOLIC HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 2,173.82 | 2,173.82 | 0.00 | 0.00 |
| 009 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JUSTIN HAKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 202.75 | 202.75 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 5,028.43 | 5,028.43 | 0.00 | 0.00 |
| 014 | PREMIER BANKCARD/CHARTER | 405.70 | 405.70 | 0.00 | 0.00 |
| 015 | AAA COMMUNITY FINANCE | 1,008.50 | 1,008.50 | 0.00 | 0.00 |
|  | Total Unsecured | 9,137.01 | 9,137.01 | 0.00 | 0.00 |
|  | Grand Total: | 21,657.99 | 21,657.99 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008          By  /s/Heather M. Fagan